UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID W. MORELAND, | No. CV 09-977-JFW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| T. FELKER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions, and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/20/12

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE